SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
  Blaise S. Curet, #124983
  bcuret@spcclaw.com
  John T. Meno, #231238
  jmeno@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, California 94608
Tel: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant ZURICH
AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WEBCOR CONSTRUCTION, LP dba WEBCOR BUILDERS, a California limited partnership; ARCHITECTUAL GLASS & ALUMINUM GROUP, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-02220-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>Civil L.R. 6-1(a)<br><br>DISCOVERY CUTOFF:　None Set<br>MOTION CUTOFF:　　None Set<br>TRIAL DATE:　　　　None Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Webcor Construction, LP dba Webcor Builders, a California limited partnership ("Webcor") and Defendant Zurich American Insurance Company, a New York corporation ("ZAIC") by and through their respective counsel of record, hereby stipulate as follow:

WHEREAS, Webcor served ZAIC with the summons and complaint on April 25, 2017,

WHEREAS, ZAIC has until May 16, 2017 to answer or respond to Webcor's

complaint,

WHEREAS, ZAIC has requested and Webcor has consented to an additional fifteen (15) days for ZAIC's answer or response to Webcor's complaint,

WHEREAS an additional fifteen (15) days for ZAIC's answer or response to Webcor's complaint will not alter the date of any event or any deadline already fixed by Court order,

WHEREAS Webcor must file a consent or declination to proceed before a magistrate judge by May 23, 2017 and ZAIC will consent to proceed before a magistrate judge,

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that ZAIC shall answer or otherwise respond to Webcor's complaint by May 31, 2017.

DATED: May 12, 2017        SINNOTT, PUEBLA,
                           CAMPAGNE & CURET, APLC

                           By: /s/ Blaise S. Curet
                           BLAISE S. CURET
                           Attorneys for ZURICH AMERICAN
                           INSURANCE COMPANY

DATED: May 12, 2017        WEBCOR CONSTRUCTION, LP dba WEBCOR
                           BUILDERS, a California limited partnership

                           By: /s/ Amy B. Briggs
                           AMY B. BRIGGS
                           Attorneys for WEBCOR CONSTRUCTION,
                           LP dba WEBCOR BUILDERS

Dated: 5/15/17


UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

2
Case No. 3:17-cv-02220-JCS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 POWELL STREET, SUITE 830
EMERYVILLE, CALIFORNIA 94608
TEL (415) 352-6200 · FAX (415) 352-6224

# PROOF OF SERVICE

**Webcor Construction, LP dba Webcor Builders, a California limited partnership, et al. v. Zurich American Insurance Company, et al.**
**3:17-cv-02220-JCS**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Emeryville, State of California. My business address is 2000 Powell Street, Suite 830, Emeryville, CA 94608.

On May 12, 2017, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT CIVIL L.R. 6-1(A)** on the interested parties in this action.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2017, at Emeryville, California.

*/s/ Michelle Mejia*
Michelle Mejia