**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BUILDING
624 SOUTH GRAND AVENUE, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Susan J. Field (State Bar No. 086200)
*s.field@mpglaw.com*
Chad A. Westfall (State Bar No. 208968)
*c.westfall@mpglaw.com*

Attorneys for LIBERTY INSURANCE UNDERWRITERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WEBCOR CONSTRUCTION, LP dba WEBCOR BUILDERS, a California limited partnership; ARCHITECTURAL GLASS AND ALUMINUM CO., INC., a California corporation,,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; LIBERTY INSURANCE UNDERWRITERS INC., an Illinois corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation, and DOES 1-10 Inclusive,,<br><br>Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD-PARTY-CLAIMS | \*\*\* AMENDED ORDER\*\*\*<br>CASE No. 4:17-cv-02220-YGR<br>ORDER GRANTING<br>**STIPULATION** ~~AND [PROPOSED] ORDER~~ **EXTENDING TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>AS MODIFIED BY THE COURT |

Defendant Liberty Insurance Underwriters Inc., Zurich American Insurance Company, and

Old Republic General Insurance Corporation (collectively "Defendants") on the one hand and Plaintiffs WEBCOR CONSTRUCTION, LP dba WEBCOR BUILDERS, ("Webcor") and ARCHITECTURAL GLASS AND ALUMINUM CO., INC. ("AGA") (collectively, "Plaintiffs") on the other hereby submit the following Stipulation Extending Time to Respond to Second Amended Complaint in the above-captioned action.

WHEREAS, on September 28, 2017, this Court granted National Union's motion to dismiss Plaintiffs' First Amended Complaint, and ordered that Plaintiffs file their Second Amended Complaint ("SAC") no later than October 10, 2017 and that all Defendants, including National Union, file their response to the SAC within 14 days of filing.

WHEREAS, Plaintiffs filed their SAC on October 10, 2017 in the United States District Court, Northern District of California, case number 4:17-cv-02220-YGR;

WHEREAS, on or about October 10, 2017, Plaintiffs electronically served Defendants with the SAC, triggering Defendants' responsive pleading deadline of October 24, 2017;

WHEREAS, on October 18, 2017, the parties participated in mediation, during which the mediator indicated a mediator's proposal would be provided.

WHEREAS, on October 21, 2017 the mediator sent a mediator's proposal for a global settlement as to all parties except for the third-party defendants.

WHEREAS, the deadline for the parties to respond to the mediator's proposals is November 8, 2017.

WHEREAS, Defendants and Plaintiffs agree it would be mutually beneficial to wait to address a potential response to the SAC and oppositions to any motions challenging the SAC until it can be determined whether a resolution pursuant to the mediator's proposal can be achieved in order to allow these parties to focus on whatever efforts may be made in order to achieve a settlement in the near future.

WHEREAS, National Union and Plaintiffs submitted a similar stipulation and proposed order on October 23, 2017 [Dkt 161], extending time for National Union's response to the SAC.

WHEREFORE, Defendants and Plaintiffs stipulate and agree to the following:

1. The deadline for Defendants to Answer to the SAC is extended from October 24, 2017

1  until and including November 15, 2017.

2  IT IS SO STIPULATED:

3  DATED:                                MANATT, PHELPS & PHILLIPS LLP

5  October 24, 2017            By:  _____/s/_____
                                    Amy B. Briggs, Esq.
6                                   Attorneys for WEBCOR CONSTRUCTION, LP d/b/a
                                    WEBCOR BUILDERS

8  DATED:                                WOLKIN CURRAN LLP

10 October 24, 2017            By:  _____/s/_____
                                    Brandt L. Wolkin, Esq.
11                                  Attorneys for ARCHITECTURAL GLASS AND
                                    ALUMINUM CO., INC.

12 DATED: October 24, 2017           BRANSON, BRINKOP, GRIFFITH & CAMPO LLP

14                             By:  _____/s/_____
15                                  John R. Campo, Esq.
                                    Attorneys for OLD REPUBLIC GENERAL
16                                  INSURANCE CORPORATION

17 DATED: October 24, 2017           SINNOTT, PUEBLA CAMPAGNE & CURET PLC

19                             By:  _____/s/_____
20                                  Blaise S. Curet, Esq.
                                    John T. Meno, Esq.
21                                  Attorneys for ZURICH AMERICAN INSURANCE
                                    COMPANY

23 DATED: October 24, 2017           MUSICK, PEELER & GARRETT LLP

24
25                             By:  _____/s/_____
                                    Susan J. Field, Esq.
                                    Chad A. Westfall, Esq.
26                                  Attorneys for LIBERTY INSURANCE
                                    UNDERWRITERS INC.

28

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

1075316.2                    3                   Case No. 4:17-cv-02220-YGR
                                    STIPULATION AND [PROPOSED] ORDER

# AMENDED ORDER

The deadline for National Union to respond to the SAC is extended from October 24, 2017 to November 9, 2017. Any motion to dismiss shall be set for hearing on or after December 19, 2017, to be heard with any other pending motion to dismiss.

IT IS SO ORDERED.

DATED: October 25, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE