**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BUILDING
624 SOUTH GRAND AVENUE, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Susan J. Field (State Bar No. 086200)
*s.field@mpglaw.com*
Chad A. Westfall (State Bar No. 208968)
*c.westfall@mpglaw.com*

Attorneys for LIBERTY INSURANCE UNDERWRITERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WEBCOR CONSTRUCTION, LP dba WEBCOR BUILDERS, a California limited partnership; ARCHITECTURAL GLASS AND ALUMINUM CO., INC., a California corporation,,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; LIBERTY INSURANCE UNDERWRITERS INC., an Illinois corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation, and DOES 1-10 Inclusive,,<br><br>Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD-PARTY-CLAIMS | CASE No. 4:17-cv-02220-YGR<br>ORDER GRANTING<br>**REVISED STIPULATION** ~~AND [PROPOSED] ORDER~~ **EXTENDING TIME FOR LIU, ZURICH AND OLD REPUBLIC TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>The Hon. Yvonne Gonzalez Rogers |

Defendants Liberty Insurance Underwriters Inc. ("LIU"), Zurich American Insurance

Company ("Zurich"), and Old Republic General Insurance Corporation ("Old Republic") on the one hand and Plaintiffs WEBCOR CONSTRUCTION, LP dba WEBCOR BUILDERS, ("Webcor") and ARCHITECTURAL GLASS AND ALUMINUM CO., INC. ("AGA") (collectively, "Plaintiffs") on the other hereby submit the following Stipulation Extending Time to for LIU, Zurich and Old Republic to Answer Plaintiffs' Second Amended Complaint in the above-captioned action.

WHEREAS, on September 28, 2017, this Court granted National Union's motion to dismiss Plaintiffs' First Amended Complaint, and ordered that Plaintiffs file their Second Amended Complaint ("SAC") no later than October 10, 2017 and that all Defendants, including National Union, file their response to the SAC within 14 days of filing.

WHEREAS, Plaintiffs filed their SAC on October 10, 2017 in the United States District Court, Northern District of California, case number 4:17-cv-02220-YGR;

WHEREAS, on or about October 10, 2017, Plaintiffs electronically served LIU, Zurich and Old Republic with the SAC, triggering Defendants' responsive pleading deadline of October 24, 2017;

WHEREAS, on October 18, 2017, the parties participated in mediation, during which the mediator indicated a mediator's proposal would be provided.

WHEREAS, on October 21, 2017 the mediator sent a mediator's proposal for a global settlement as to all parties except for the third-party defendants.

WHEREAS, the deadline for the parties to respond to the mediator's proposals is November 8, 2017.

WHEREAS, LIU, Zurich and Old Republic and Plaintiffs agree it would be mutually beneficial to wait to address a potential response to the SAC and oppositions to any motions challenging the SAC until it can be determined whether a resolution pursuant to the mediator's proposal can be achieved in order to allow these parties to focus on whatever efforts may be made in order to achieve a settlement in the near future.

WHEREAS, National Union and Plaintiffs submitted a similar stipulation and proposed order on October 23, 2017 [Dkt 161], extending time for National Union's response to the SAC.

WHEREFORE, LIU, Zurich and Old Republic and Plaintiffs stipulate and agree to the following:

1. LIU, Zurich and Old Republic are not moving to dismiss the complaint.

2. The deadline for LIU, Zurich and Old Republic to Answer to the SAC is extended from October 24, 2017 until and including November 15, 2017.

IT IS SO STIPULATED:

| | | |
|---|---|---|
| DATED: | | MANATT, PHELPS & PHILLIPS LLP |
| October 26, 2017 | By: | /s/ |
| | | Amy B. Briggs, Esq. |
| | | Attorneys for WEBCOR CONSTRUCTION, LP d/b/a WEBCOR BUILDERS |
| DATED: | | WOLKIN CURRAN LLP |
| October 26, 2017 | By: | /s/ |
| | | Brandt L. Wolkin, Esq. |
| | | Attorneys for ARCHITECTURAL GLASS AND ALUMINUM CO., INC. |
| DATED: | | BRANSON, BRINKOP, GRIFFITH & CAMPO LLP |
| October 26, 2017 | By: | /s/ |
| | | John R. Campo, Esq. |
| | | Attorneys for OLD REPUBLIC GENERAL INSURANCE CORPORATION |
| DATED: | | SINNOTT, PUEBLA CAMPAGNE & CURET PLC |
| October 26, 2017 | By: | /s/ |
| | | Blaise S. Curet, Esq. |
| | | John T. Meno, Esq. |
| | | Attorneys for ZURICH AMERICAN INSURANCE COMPANY |
| DATED: | | MUSICK, PEELER & GARRETT LLP |
| October 26, 2017 | By: | /s/ |
| | | Susan J. Field, Esq. |
| | | Chad A. Westfall, Esq. |
| | | Attorneys for LIBERTY INSURANCE UNDERWRITERS INC. |

# ORDER

Rwtuwcpv"q"yj g"cdqxg"uvkrwncvkqp."yj g"f gcfrkpg"hqt"NKW."\ wtkej "cpf "Qrf "Tgrwdrke"q"Cpuy gt"q"yj g"UCE"ku"gzvgpf gf "htqo "Qevqdgt"46."4239."wpvkr"cpf "kpenwfkpi "Pqxgodgt"37."42390

IT IS SO ORDERED.

DATED: October 27, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

1075316.3

5

Case No. 4:17-cv-02220-YGR
STIPULATION AND [PROPOSED] ORDER