**JOHN R. CAMPO, ESQ. [SBN 157137]**
**BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP**
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981
jcampo@bbgslaw.com

Attorneys for: Defendant, OLD REPUBLIC
GENERAL INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WEBCOR CONSTRUCTION, LP dba WEBCOR BUILDERS, a California limited partnership; ARCHITECTURAL GLASS AND ALUMINUM CO., INC., a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation; LIBERTY INSURANCE UNDERWRITERS INC., an Illinois corporation; and DOES 1-10 Inclusive,<br><br>        Defendants. | Case No: 4:17-cv-02220-YGR<br>**ORDER GRANTING**<br>STIPULATION FOR DISMISSAL OF CERTAIN COMPLAINTS, CROSS CLAIMS AND COUNTER CLAIMS PURSUANT TO PARTIAL SETTLEMENT OF ACTION<br>AND VACATING COMPLIANCE HEARING SET FOR APRIL 27, 2018<br>[Assigned to Hon. Yvonne Gonzalez Rogers] |

Branson Brinkop Griffith & Campo LLP
643 Bair Island Road, Suite 400
Redwood City, California 94063
Telephone (650) 365-7710

1

Consistent with the partial settlement that has been reached in this action, the following parties hereby stipulate and agree to the court dismissing, with each party to bear their own attorney fees and costs, the following pleadings with prejudice. The following pleadings constitute all active and pending claims, counter-claims and cross-claims between and among these specific parties:

1. Second Amended Complaint of Plaintiffs Webcor Construction, L.P. dba Webcor Builders and Architectural Glass & Aluminum Company, Inc. that is filed as part of Document 159;

2. Counterclaim and Cross Claim of Liberty Insurance Underwriters that is filed as part of Document 172;

3. Counterclaim and Cross Claim of Zurich American Insurance Company that is filed as part of Document 174;

4. Counterclaim and Cross Claim of Old Republic General Insurance Corporation that is filed as part of Document 173.

The parties expressly acknowledge and stipulate that the Third-Party Complaint filed by Old Republic General Insurance Corporation on 7/12/17 identified as Document 69 on the court's docket is NOT being dismissed, and that Third-Party Complaint remains pending and active notwithstanding the dismissal of those claims, counter-claims and cross-claims identified in paragraphs numbered 1-4 above.

IT IS SO STIPULATED.


(Signatures follow on next page)

///
///
///
///

STIPULATION FOR DISMISSAL OF CERTAIN COMPLAINTS, CROSS CLAIMS AND COUNTER CLAIMS PURSUANT TO PARTIAL SETTLEMENT OF ACTION
[CASE NO.: 4:17-cv-02220-YGR]

DATED: April 18, 2018     MANATT, PHELPS & PHILLIPS LLP


By:     _/s/ Amy B. Briggs_
_____
Amy B. Briggs, Esq.
Attorneys for WEBCOR CONSTRUCTION, LP d/b/a
WEBCOR BUILDERS

DATED: April 18, 2018     WOLKIN CURRAN LLP


By:     _/s/ Brandt L. Wolkin_
_____
Brandt L. Wolkin, Esq.
Attorneys for ARCHITECTURAL GLASS AND
ALUMINUM CO., INC.

DATED: April 18, 2018     HEROLD & SAGER LLP


By:     _/s/ Andrew D. Herold_
_____
Andrew D. Herold, Esq.
Attorneys for NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

DATED: April 18, 2018     BRANSON, BRINKOP, GRIFFITH & CAMPO LLP


By:     _/s/ John R. Campo_
_____
John R. Campo, Esq.
Attorneys for OLD REPUBLIC GENERAL
INSURANCE CORPORATION

DATED: April 18, 2018     SINNOTT, PUEBLA CAMPAGNE & CURET PLC


By:     _/s/ Blaise S. Curet_
_____
Blaise S. Curet, Esq.
Attorneys ZURICH AMERICAN INSURANCE
COMPANY

STIPULATION FOR DISMISSAL OF CERTAIN COMPLAINTS, CROSS CLAIMS AND
COUNTER CLAIMS PURSUANT TO PARTIAL SETTLEMENT OF ACTION
 [CASE NO.: 4:17-cv-02220-YGR]

BRANSON BRINKOP GRIFFITH & CAMPO LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

DATED: April 18, 2018     MUSICK, PEELER & GARRETT LLP


By:        /s/ Susan J. Field
          Susan J. Field, Esq.
          Attorneys for LIBERTY INSURANCE
          UNDERWRITERS INC.




## ORDER

Based upon the foregoing stipulation, the following actions and cross-actions are DISMISSED:

    1. Second Amended Complaint of Plaintiffs Webcor Construction, L.P. dba Webcor Builders and Architectural Glass & Aluminum Company, Inc. (Dkt. No. 159);

    2. Counterclaim and Cross Claim of Liberty Insurance Underwriters (Dkt. No. 172);

    3. Counterclaim and Cross Claim of Zurich American Insurance Company (Dkt. No. 174);

    4. Counterclaim and Cross Claim of Old Republic General Insurance Corporation (Dkt. No. 173).

    The Third-Party Complaint filed by Old Republic General Insurance Corporation on 7/12/17 identified as Dkt. No. 69 is not dismissed, and the schedule previously entered on January 26, 2018 shall continue to apply to that remaining action.

IT IS SO ORDERED.

DATE: April 24, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

4